**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-00984-LTB

JAMES HAGER,

       Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion to Amend Complaint (Doc 11 - filed April 22, 2014) is **GRANTED**.  The tendered Amended Complaint is accepted for filing and the caption of this matter is amended as reflected above.


Dated:   April 23, 2014
_____